UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NUMBER: 5:15-CR-314-1-D

UNITED STATES OF AMERICA

VS.                                                                    ORDER

TYQUAN MONZELL GENERAL

IT IS HEREBY ORDERED that the following Government Exhibits be returned to _Lyndsay Faust RPD_ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Pills (oxycodone) |
| 2 | Medicine bottle containing marijuana |

THIS 24th DAY OF March, 2016

AGENT _Lfaust 3308_

_James Dever_
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE